UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SCHAFER CAPITAL CORP., *et al.,*<br><br>　　　　　Defendants. | NO. C21-642RSL<br><br>ORDER OF DISMISSAL |

　　　It having been reported to the Court on Friday, July 23, 2021 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

　　　IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within thirty (30) days hereof to reopen this cause if the reported settlement is not consummated.

　　　The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

　　　DATED this 23rd day of July, 2021.

　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL -1